708 A.2d 1262

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Demetris SCALES, Petitioner.**

Supreme Court of Pennsylvania.

April 14, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 14th day of April, 1998, the Petition for Allowance of Appeal is GRANTED; the order of the Superior Court quashing appeal from the order of the Court of Common Pleas of Philadelphia County is REVERSED; and this matter is REMANDED to the Superior Court for further proceedings consistent with this court's opinion in *Commonwealth v. Jones*, 549 Pa. 58, 700 A.2d 423 (1997).